149 So.2d 769

**PIONEER BANK & TRUST COMPANY**

v.

**Paul L. ODUM, Sr.**

No. 46612.

Feb. 21, 1963.

Writs refused. The applicant has not shown that he is ready and willing to purge himself of contempt.

HAWTHORNE, McCALEB and SUMMERS, JJ., believe that the sentence is illegal, being violative of R.S. 13:4611(A)(3); Art. 226, C.C.P. Hence, the writs should be granted to that extent as the majority view herein divests applicant of his absolute statutory rights to purge himself of contempt.